UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

In Re: Leander & Donna Chaney                               Case No. : 15-10483

### DEBTOR VERIFICATION OF DIRECT PAYMENTS

I/We certify that the following payments due to be paid under my plan directly by me from my budget (not out of the plan payment made to the trustee) to the following listed creditors have been made:

**DIRECT MORTGAGE PAYMENTS**

1st Mortgage    Kondaur Capital Corporation
Post-Petition:    Payment due date    05/01/15    Date paid    05/04/15
                 Payment due date    06/01/15    Date paid    06/04/15
                 Payment date due    07/01/15    Date paid    07/07/15
                 Payment date due    _____       Date paid    _____

**DOMESTIC SUPPORT OBLIGATIONS**

☒ None

**VEHICLE DIRECT PAYMENTS**

☒ None

**OTHER DIRECT PAYMENTS**

☒ None

/s/Leander Chaney, Jr.                    /s/Donna M. Chaney
Debtor                                     Debtor

/s/Derren S. Johnson
Derren S. Johnson, Attorney

1